**Exhibit A**

Table of Last-Observed Infringements by Defendants of Digital Sin Inc's Copyright in the Motion Picture "So Young So Sexy POV 5," Copyright Reg. No. in process. Copyright Application Service Request No. 1-714915653 filed on 2012-01-23.

| Defendant | Internet Protocol Address (IP) | Timestamp (U.S. Eastern Time) | Internet Service Provider (ISP) | Protocol | Hash |
|---|---|---|---|---|---|
| Doe 1 | 107.3.68.174 | 2012-02-07 18:14:40 -0500 | Comcast Cable | BitTorrent | f2373ffc562ec36be9551ed7ac1247ee60e2e357 |
| Doe 2 | 108.20.161.89 | 2012-03-17 23:09:17 -0400 | Verizon Internet Services | BitTorrent | f2373ffc562ec36be9551ed7ac1247ee60e2e357 |
| Doe 3 | 108.49.49.61 | 2012-03-09 23:02:34 -0500 | Verizon Internet Services | BitTorrent | f2373ffc562ec36be9551ed7ac1247ee60e2e357 |
| Doe 4 | 108.7.238.33 | 2012-02-11 19:29:44 -0500 | Verizon Internet Services | BitTorrent | f2373ffc562ec36be9551ed7ac1247ee60e2e357 |
| Doe 5 | 174.62.242.186 | 2012-02-04 06:45:47 -0500 | Comcast Cable | BitTorrent | f2373ffc562ec36be9551ed7ac1247ee60e2e357 |
| Doe 6 | 24.128.122.211 | 2012-03-09 09:23:59 -0500 | Comcast Cable | BitTorrent | f2373ffc562ec36be9551ed7ac1247ee60e2e357 |
| Doe 7 | 24.147.57.203 | 2012-02-17 00:59:52 -0500 | Comcast Cable | BitTorrent | f2373ffc562ec36be9551ed7ac1247ee60e2e357 |
| Doe 8 | 24.218.101.100 | 2012-02-17 22:49:21 -0500 | Comcast Cable | BitTorrent | f2373ffc562ec36be9551ed7ac1247ee60e2e357 |
| Doe 9 | 24.61.63.180 | 2012-02-10 21:48:24 -0500 | Comcast Cable | BitTorrent | f2373ffc562ec36be9551ed7ac1247ee60e2e357 |
| Doe 10 | 24.62.135.77 | 2012-02-01 15:30:35 -0500 | Comcast Cable | BitTorrent | f2373ffc562ec36be9551ed7ac1247ee60e2e357 |
| Doe 11 | 24.62.17.72 | 2012-02-11 00:46:39 -0500 | Comcast Cable | BitTorrent | f2373ffc562ec36be9551ed7ac1247ee60e2e357 |
| Doe 12 | 24.63.33.1 | 2012-02-03 07:03:30 -0500 | Comcast Cable | BitTorrent | f2373ffc562ec36be9551ed7ac1247ee60e2e357 |
| Doe 13 | 24.91.60.102 | 2012-02-19 15:02:29 -0500 | Comcast Cable | BitTorrent | f2373ffc562ec36be9551ed7ac1247ee60e2e357 |
| Doe 14 | 66.31.48.14 | 2012-02-13 20:50:45 -0500 | Comcast Cable | BitTorrent | f2373ffc562ec36be9551ed7ac1247ee60e2e357 |
| Doe 15 | 71.184.128.251 | 2012-02-25 00:14:01 -0500 | Verizon Internet Services | BitTorrent | f2373ffc562ec36be9551ed7ac1247ee60e2e357 |
| Doe 16 | 71.184.86.243 | 2012-02-27 11:02:48 -0500 | Verizon Internet Services | BitTorrent | f2373ffc562ec36be9551ed7ac1247ee60e2e357 |
| Doe 17 | 71.192.176.46 | 2012-02-11 22:14:51 -0500 | Comcast Cable | BitTorrent | f2373ffc562ec36be9551ed7ac1247ee60e2e357 |
| Doe 18 | 71.192.201.53 | 2012-03-17 10:56:34 -0400 | Comcast Cable | BitTorrent | f2373ffc562ec36be9551ed7ac1247ee60e2e357 |
| Doe 19 | 71.192.234.246 | 2012-03-20 17:10:44 -0400 | Comcast Cable | BitTorrent | f2373ffc562ec36be9551ed7ac1247ee60e2e357 |
| Doe 20 | 71.232.227.35 | 2012-03-22 19:59:30 -0400 | Comcast Cable | BitTorrent | f2373ffc562ec36be9551ed7ac1247ee60e2e357 |
| Doe 21 | 71.233.63.207 | 2012-02-05 00:59:51 -0500 | Comcast Cable | BitTorrent | f2373ffc562ec36be9551ed7ac1247ee60e2e357 |
| Doe 22 | 71.234.43.78 | 2012-02-02 01:33:00 -0500 | Comcast Cable | BitTorrent | f2373ffc562ec36be9551ed7ac1247ee60e2e357 |
| Doe 23 | 71.235.173.17 | 2012-02-08 22:52:08 -0500 | Comcast Cable | BitTorrent | f2373ffc562ec36be9551ed7ac1247ee60e2e357 |
| Doe 24 | 74.104.19.175 | 2012-02-02 17:18:41 -0500 | Verizon Internet Services | BitTorrent | f2373ffc562ec36be9551ed7ac1247ee60e2e357 |
| Doe 25 | 74.104.22.215 | 2012-02-03 22:03:59 -0500 | Verizon Internet Services | BitTorrent | f2373ffc562ec36be9551ed7ac1247ee60e2e357 |
| Doe 26 | 74.104.22.42 | 2012-02-10 23:01:41 -0500 | Verizon Internet Services | BitTorrent | f2373ffc562ec36be9551ed7ac1247ee60e2e357 |
| Doe 27 | 74.104.24.87 | 2012-02-07 04:09:49 -0500 | Verizon Internet Services | BitTorrent | f2373ffc562ec36be9551ed7ac1247ee60e2e357 |

| Doe 28 | 75.67.163.77 | 2012-02-20 16:14:47 -0500 | Comcast Cable | BitTorrent | f2373ffc562ec36be9551ed7ac1247ee60e2e357 |
| Doe 29 | 75.69.197.81 | 2012-02-19 00:20:08 -0500 | Comcast Cable | BitTorrent | f2373ffc562ec36be9551ed7ac1247ee60e2e357 |
| Doe 30 | 76.118.51.241 | 2012-03-24 23:12:23 -0400 | Comcast Cable | BitTorrent | f2373ffc562ec36be9551ed7ac1247ee60e2e357 |
| Doe 31 | 76.119.236.17 | 2012-02-14 19:09:48 -0500 | Comcast Cable | BitTorrent | f2373ffc562ec36be9551ed7ac1247ee60e2e357 |
| Doe 32 | 76.119.37.218 | 2012-02-14 00:59:56 -0500 | Comcast Cable | BitTorrent | f2373ffc562ec36be9551ed7ac1247ee60e2e357 |
| Doe 33 | 76.24.6.100 | 2012-03-06 21:15:50 -0500 | Comcast Cable | BitTorrent | f2373ffc562ec36be9551ed7ac1247ee60e2e357 |
| Doe 34 | 96.237.152.215 | 2012-02-05 22:49:10 -0500 | Verizon Internet Services | BitTorrent | f2373ffc562ec36be9551ed7ac1247ee60e2e357 |
| Doe 35 | 96.237.22.237 | 2012-02-05 00:17:33 -0500 | Verizon Internet Services | BitTorrent | f2373ffc562ec36be9551ed7ac1247ee60e2e357 |
| Doe 36 | 96.237.250.120 | 2012-02-01 03:59:14 -0500 | Verizon Internet Services | BitTorrent | f2373ffc562ec36be9551ed7ac1247ee60e2e357 |
| Doe 37 | 96.237.59.139 | 2012-02-11 21:11:36 -0500 | Verizon Internet Services | BitTorrent | f2373ffc562ec36be9551ed7ac1247ee60e2e357 |
| Doe 38 | 98.110.149.110 | 2012-03-04 10:14:54 -0500 | Verizon Internet Services | BitTorrent | f2373ffc562ec36be9551ed7ac1247ee60e2e357 |
| Doe 39 | 98.118.119.31 | 2012-02-15 01:29:46 -0500 | Verizon Internet Services | BitTorrent | f2373ffc562ec36be9551ed7ac1247ee60e2e357 |
| Doe 40 | 98.216.11.24 | 2012-03-07 23:11:51 -0500 | Comcast Cable | BitTorrent | f2373ffc562ec36be9551ed7ac1247ee60e2e357 |
| Doe 41 | 98.217.103.193 | 2012-02-19 22:58:56 -0500 | Comcast Cable | BitTorrent | f2373ffc562ec36be9551ed7ac1247ee60e2e357 |